# Court of Appeals
# of the State of Georgia

ATLANTA, January 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0311. MAYFIELD v. THE STATE.**

The appeal in this case was docketed on October 3, 2012, making appellant's brief and enumeration of errors due on October 23, 2012. See Court of Appeals Rules 22; 23 (a). Appellant was given notice of these facts. See Court of Appeals Rule 13. As of this date, appellant has not filed either his enumerations of error or his brief, and the State has moved to dismiss the appeal. That motion is GRANTED, and the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*